■ The People of the State of New York, Respondent, v Keanon S. W., Appellant. [646 NYS2d 467] —Adjudication unanimously affirmed. Counsel's application to withdraw granted (*see, People v Crawford,* 71 AD2d 38). (Appeal from Adjudication of Genesee County Court, Morton, J.—Youthful Offender.) Present—Denman, P. J., Pine, Fallon, Callahan and Balio, JJ.